In the Matter of the Claim of JANE PLASS, Respondent, *v.* THE CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

(Submitted April 7, 1919; decided April 15, 1919.)

Motion for re-argument granted.    (See 226 N. Y. 569.)